JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS LEE MAYS, | Case No. CV 18-10678 PSG (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RAYMOND MADDEN, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 6, 2019

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE